UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:23-cv-01375-TLN-KJN |
| | No. 2:23-cv-01424-TLN-KJN |
| | No. 2:23-cv-01425-TLN-KJN |
| | No. 2:23-cv-01427-TLN-KJN |
| | No. 2:23-cv-01481-TLN-KJN |
| | No. 2:23-cv-01482-TLN-KJN |
| | No. 2:23-cv-01483-TLN-KJN |
| | No. 2:23-cv-01484-TLN-KJN |
| | No. 2:23-cv-01490-TLN-KJN |
| | No. 2:23-cv-01491-TLN-KJN |
| | **ORDER** |

Plaintiff is a state prisoner, proceeding without counsel, in these civil actions. On November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-KJN. On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No. 2:18-cv-2544-TLN-KJN. Pursuant to the amended vexatious litigant order, all new cases filed by Plaintiff related to his Alameda County conviction will be dismissed and closed.

1

1     Pursuant to the amended vexatious litigant order, the undersigned reviewed the complaints/petitions filed in the cases listed in the caption above. The Court finds the complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's Alameda County conviction.

    Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01375, 2:23-cv-01424, 2:23-cv-01425, 2:23-cv-01427, 2:23-cv-01481, 2:23-cv-01482, 2:23-cv-01483, 2:23-cv-01484, 2:23-cv-01490 and 2:23-cv-01491 are DISMISSED; the Clerk of the Court is directed to close these cases; no further filings will be accepted in any of the above referenced cases.

    IT IS SO ORDERED.

Date: August 4, 2023

_____
Troy L. Nunley
United States District Judge

2